UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY  DATE: February 20, 2007
United States Magistrate Judge

TIME: 12:00 p.m.

DOCKET NO:

06-cv-1465-SJF-ARL

CASE:

Eastern Wholesale Fence Co. v. Technoplast Int'l.,

\_\_\_\_ INITIAL CONFERENCE

\_\_\_\_ STATUS CONFERENCE            BY TELEPHONE  X

\_\_\_\_ SETTLEMENT CONFERENCE

 XX  FINAL CONFERENCE

\_\_\_\_ ORDER

APPEARANCES:     FOR PLAINTIFF:        FOR DEFENDANT:

Howard Kleinberg       Linda Roth

The following rulings were made:

Plaintiff shall submit a final packet, including certified translations, to the undersigned by March 2, 2007. Plaintiff shall also include a representation that it will pay for any costs incurred by the government in connection with this process. Finally, the defendant's objections as to form are preserved for trial.

SO ORDERED:

_____