UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EASTERN WHOLESALE FENCE CO., INC.,

                       Plaintiffs,          **ORDER**
                                          CV 06-1465 (SJF)(ARL)

    -against-

TECHNOPLAST INT'L., INC.,

                     Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the parties' joint status letter dated May 8, 2007. The parties report that they have decided not to pursue mediation at this time and have identified the remaining discovery. Plaintiff reports that it anticipates requiring the deposition of the defendants' technical and damages experts after receipt of the documents underlying their expert reports as well as the depositions of the five witnesses identified as residents of Austria. Defendants reports that they will require the deposition of the plaintiff's damages expert and Tom Voekel, an employee of Eastern. With the exception of the foreign depositions, the parties propose that the court set July 13, 2007 as the deadline for the completion of these discovery matters.

      The application is granted. The discovery outlined above, with the exception of the Austrian depositions, shall be completed by **July 13, 2007.** Discovery is otherwise closed. The court has signed the original letters rogatory regarding the Austrian depositions and returns them to the plaintiff for delivery to the Department of Justice.

      The parties shall submit a joint status letter to the undersigned by **July 15, 2007** regarding the status of the Austrian depositions.

Dated: Central Islip, New York          **SO ORDERED:**
       May 15, 2007

                                                       _____/s/_____
                                                       ARLENE ROSARIO LINDSAY
                                                       United States Magistrate Judge